

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **1:25-cr-00702** |
| | ) | **Magistrate Judge Beth W. Jantz** |
| vs. | ) | **RANDOM/Cat. 5** |
| | ) | Violation: Title 18, United States |
| BENJAMIN CARTER | ) | Code, Section 1361 |
| | ) | |
| | ) | **INFORMATION** |

The UNITED STATES ATTORNEY charges:

On or about October 9, 2025, at Aurora, in the Northern District of Illinois, Eastern Division,

BENJAMIN CARTER,

defendant herein, willfully injured and committed a depredation against property of the United States and a department and agency thereof, namely, a vehicle owned by the Department of Homeland Security;

In violation of Title 18, United States Code, Section 1361.

ANDREW ERSKINE

Digitally signed by ANDREW ERSKINE
Date: 2025.10.29 11:52:35 -05'00'

_____
UNITED STATES ATTORNEY