



**MISDEMEANOR**

**FILED 10/29/2025**
**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

**CVK**
**1:25-cr-00702**
**Magistrate Judge Beth W. Jantz**
**RANDOM/Cat. 5**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Benjamin Carter | No | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **No**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information?
**All Other Federal Statutes V**

Does the indictment or information charge a felony offense? **No, this is a misdemeanor case.**

List of Statutes: **Title 18, United States Code, 1361**

Assistant United States Attorney(s): **Saqib Mohammad Hussain**

Contact Person and Phone Number: **(312) 353-1414**